IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                               ) | 2:04cr312 |
| ) | Electronic Filing |
| DAVID LAPSOM              ) | |

## ORDER OF COURT

AND NOW, this 14 day of September, 2007, in accordance with the findings and rulings set forth on the record at the supervised release revocation hearing held on July 11, 2007, including the acknowledgment of the defendant that he violated conditions of supervision, the Court finds that the defendant, David Lapsom, has violated conditions of supervision as charged in the Petition on Supervised Release (Document No. 92). Specifically, the Court finds that the defendant violated conditions of supervision as set forth in the Judgment Order dated December 2, 2005, as follows: (1) requiring the defendant to refrain from the excessive use of alcohol; (2) requiring the defendant participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer; (3) requiring the defendant to report to the probation officer as directed by the court or the probation officer; (4) requiring the defendant to pay a special assessment of $100; (5) requiring the defendant to work regularly at a lawful occupation; and (6) requiring the defendant to notify the probation officer within 72 hours of any change in residence or employment. This violation produces a Grade B violation under U.S.S.G. § 7B1.1, which, in conjunction with a criminal history category of III, results in a guideline sentencing range of 8 to 14 months under U.S.S.G. § 7B1.4.

IT IS ORDERED that the term of supervised release imposed in the Judgment Order dated December 2, 2005, is hereby REVOKED. The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 4 months, said term of

imprisonment to be followed by a term of supervised release of 12 months with the same conditions as set forth in Judgment Order of December 2, 2005 and a further condition that the defendant serve 45 days as an inpatient at the Renewal Center.  **The Court strongly recommends that the defendant NOT be designated to FCI McKean in consideration of defendant's safety.**

_____
David Stewart Cercone
United States District Judge

cc: James H. Love, AUSA

    Thomas J. Farrell, Esquire
    Reich Alexander Reisinger & Farrell
    1000 Koppers Building
    Pittsburgh, PA 15219

    Shannon Smith Meyers,
    United States Probation Officer

    United States Marshal's Office

    Pretrial Services

    Designation and Sentence
      Computation Center
    Federal Bureau of Prisons
    346 Marine Forces Drive
    Grand Prairie, TX 75051

    U. S. Sentencing Commission
    ATTN: Document Control-Monitoring
    One Columbus Circle, N.E.
    Washington, DC 20002-8002